UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>CESAR RICO-COYASO,<br>    Defendant. | NO. 6:25-CR-030-01-H |

**ORDER ACCEPTING REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE
CONCERNING PLEA OF GUILTY**

After reviewing all relevant matters of record, including the Notice Regarding Entry of a Plea of Guilty, the Consent of the Defendant, the Report and Recommendation Concerning Plea of Guilty of the United States Magistrate Judge, and the Defendant's Waiver of 14-Day Objection Period for Plea Before a U.S. Magistrate Judge, the undersigned District Judge is of the opinion that the Report and Recommendation of the Magistrate Judge concerning the Plea of Guilty is correct, and it is hereby accepted by the Court. Accordingly, the Court accepts the plea of guilty and Defendant is hereby adjudged guilty.

Sentence will be imposed in accordance with the Court's scheduling order.

SO ORDERED.

Dated Friday, July 18, 2025.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE